# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY MARTINEZ, A/K/A FREDYS
A. MARTINEZ, A/K/A FREDYS
ARCANGLE-MARTINEZ,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 81529

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 15 day of June, 2020." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals jurisdictional defects. First, the district court granted appellant's motion to proceed in forma pauperis. Thus, appellant is not aggrieved. *See* NRS 177.015 (only an aggrieved party may appeal). Second, no statute or court rule provides for an appeal from an order denying a motion for transcripts at state expense and denying a motion for appointment of counsel. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

             _____, J.
             Gibbons

_____, J.
Stiglich

             _____, J.
             Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-30168

cc:    Hon. Kathleen E. Delaney, District Judge
        Freddy Martinez
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk